### March 27, 2014

| | | |
|---|---|---|
| CAAP–12–00 00110 | State v. McComas | Affirmed |

### March 28, 2014

| | | |
|---|---|---|
| 30626 | LaSalle Bank Nat. Ass'n v. Roth | Affirmed |
| CAAP–11–00 00375 | Nobunaga v. State, Judiciary Dept. | Affirmed |
| CAAP–13–00 00224 | State v. Broughton | Affirmed |
| CAAP–13–00 01014 | State v. Curioso | Affirmed |
| CAAP–11–00 00546 | State v. Ross | Affirmed |

### March 31, 2014

| | | |
|---|---|---|
| CAAP–13–00 01943 | Doe v. Doe | Affirmed |
| CAAP–13–00 00004, CAAP–13–00 00005, CAAP–13–00 00006 CAAP–13–00 00007, CAAP–13–00 00010 | State v. Kana'ele | Affirmed |
| CAAP–13–00 01142, CAAP–13–00 01143, CAAP–13–00 01144, CAAP–13–00 01145, CAAP–13–00 01146, CAAP–13–00 01147, CAAP–13–00 01148, | State v. Kanaka'ole | Affirmed |